IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NIZAR SABZA ALI,<br><br>*Petitioner*,<br><br>v.<br><br>ALEX SANCHEZ, WARDEN IAH SECURE ADULT DETENTION FACILITY; MARKWAYNE MULLIN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DAVID VENTURELLA, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; GABRIEL MARTINEZ, ENFORCEMENT OF REMOVAL OPERATIONS (ERO) HOUSTON; IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY AND ENFORCEMENT AND REMOVAL OPERATIONS; DEPARTMENT OF HOMELAND SECURITY, IN THEIR OFFICIAL CAPACITIES,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00565<br>JUDGE MICHAEL J. TRUNCALE |

**<u>SECOND ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES</u>**

Before the Court is Petitioner Nizar Sabza Ali's Amended Petition for Writ of Habeas Corpus. [Dkt. 5]. The Court has reviewed the Amended Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file a Second Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 27th day of August, 2026.**

Michael J. Truncale
United States District Judge