IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NIZAR SABZA ALI,<br><br>*Petitioner,*<br><br>VS.<br><br>ALEXANDER SANCHEZ, in his official capacity as Warden of the IAH Secure Adult Detention Center, GABRIEL MARTINEZ, in his official capacity as Acting Field Office Director of the Houston Field Office of the Immigration and Customs Enforcement Agency (ICE) and Enforcement and Removal Operations (ERO), DAVID VENTURELLA, in his official capacity as Acting Director of the Immigration and Customs Enforcement Agency, IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY AND ENFORCEMENT AND REMOVAL OPERATIONS, MARKWAYNE MULLIN, in his official capacity as the Secretary of the Department of Homeland Security (DHS), and DEPARTMENT OF HOMELAND SECURITY,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 9:26-CV-00565<br>JUDGE MICHAEL J. TRUNCALE |

**ACKNOWLEDGEMENT OF PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

The Court has received Petitioner Nizar Sabza Ali's Notice of Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed in the above-styled matter. [Dkt. 11]. Petitioner advises the Court that he voluntarily dismisses, without prejudice, his claims against all Respondents herein in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court **ACKNOWLEDGES** that Petitioner's claims filed against all Respondents in this matter are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 23rd day of September, 2026.**

Michael J. Truncale
United States District Judge